**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
              *Plaintiff-Appellee,*

        v.

JUAN VILLA-LARA,
              *Defendant-Appellant.*

No. 05-10262

D.C. No.
CR-04-00111-HDM/
RA

ORDER

Filed July 6, 2006

Before: Procter Hug, Jr., Arthur L. Alarcón, and
M. Margaret McKeown, Circuit Judges.

---

## ORDER

The request to publish the unpublished Memorandum disposition is granted. The Memorandum disposition filed May 9, 2006, is redesignated as an authored Opinion by Judge Hug.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.